An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

VIEW OF BLACK MOUNTAIN
HOMEOWNERS ASSOCIATION, INC.,
A NEVADA NON-PROFIT
CORPORATION,

Petitioner,

vs.

THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
SUSAN JOHNSON, DISTRICT JUDGE,

Respondents,

and

BEAZER HOMES HOLDINGS CORP., A
DELAWARE CORPORATION,

Real Party in Interest.

No. 67157

**FILED**

OCT 2 3 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING PETITION

Petitioner has filed a notice of settlement and request to dismiss this petition. We treat the notice as a motion to voluntarily dismiss this petition, and cause appearing, grant the motion. This petition is dismissed. NRAP 42(b).

It is so ORDERED.

_____, C.J.

cc:   Hon. Susan Johnson, District Judge
      Fenton Grant Mayfield Kaneda & Litt, LLP
      Koeller Nebeker Carlson & Haluck, LLP/Las Vegas
      Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

15-32453